NOS. 07-11-00413-CR AND 07-11-00414-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

APRIL 10, 2012

BRANDON MICHAEL-RAY BENSON, APPELLANT

v.

THE STATE OF TEXAS, APPELLEE

FROM THE 52ND DISTRICT COURT OF CORYELL COUNTY;

NO. FAM-11-20729, FAM-11-20730; HONORABLE TRENT D. FARRELL, JUDGE

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

**MEMORANDUM OPINION**

Pending before the court is the motion of appellant Brandon Benson to dismiss his two appeals. Appellant and his attorney have both signed the motion. Tex. R. App. P. 42.2(a). No decision of this court having been delivered to date, we grant the motion. Accordingly, the two appeals are dismissed. No motions for rehearing will be entertained and our mandates will issue forthwith.

James T. Campbell
Justice

Do not publish.